IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREG GLADDEN, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-09-32 |
| LARRY MORRISON, CRYSTAL MORRISON & S/V JEANETTE MARIE, *her sails, engine, appurtenances, etc., in rem*, | § § § § § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court are Plaintiff's Motion for Summary Judgment (Document No. 35), Plaintiff's Motion to Strike Defendants' Designated Expert Witness (Document No. 36), and Plaintiff's oral motion to supplement his pleadings to add a plea for salvage costs. Having considered the motions, submissions, and applicable law, the Court determines the motion for summary judgment and motion to strike Defendants' expert should be denied and the motion to supplement the pleadings should be granted. Accordingly, the Court hereby

ORDERS that Plaintiff's Motion for Summary Judgment (Document No. 35) is DENIED. The Court further

ORDERS that Plaintiff's Motion to Strike Defendants' Designated Expert Witness (Document No. 36) is DENIED. The Court further

ORDERS that Plaintiff's motion to supplement the pleadings is GRANTED to the limited extent that Plaintiff additionally may seek salvage and recovery costs. The Court further

ORDERS that the Joint Pretrial Order is due on April 2, 2010. The Court further

ORDERS that the parties must exchange trial exhibits on or before April 2, 2010. The Court further

ORDERS that the previously scheduled April 29, 2010 pretrial conference is cancelled.

SIGNED at Houston, Texas, on this **22** day of March, 2010.

*[signature]*
DAVID HITTNER
United States District Judge